FILED
JAN 1 8 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GILBERTO JOSE IGLESIUS-DUENAS (2)<br>IGNACIO RODRIGUEZ-SANCHEZ (5),<br><br>　　　　　Defendants. | Criminal Case No. 91cr1001-GT<br><br>ORDER OF DISMISSAL OF INDICTMENT<br>AND WITHDRAWAL OF BENCH WARRANT |

　　Upon application of the United States Attorney, and good cause appearing therefrom,

　　IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendants GILBERTO JOSE IGLESIUS-DUENAS (2) and IGNACIO RODRIGUEZ-SANCHEZ (5) is dismissed without prejudice; and,

　　IT IS FURTHER ORDERED that bench warrants for GILBERTO JOSE IGLESIUS-DUENAS (2) and IGNACIO RODRIGUEZ-SANCHEZ (5) and be recalled.

　　DATED: 1-18-11.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE GORDON THOMPSON, JR.
　　　　　　　　　　　　　　　　　　　United States District Court

AWR:kaj
1/10/11